UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 17−80382
 Chapter 13
Linda B Dunning,

    Debtor.

## ORDER SUSTAINING OBJECTION TO CLAIM(S)

    An objection was filed to the claim(s) of *Cavalry SPV I, LLC (Claim #11)*. Either a response consenting to the objection was filed or no response has been filed within 30 days of the filing of the objection. Pursuant to LBR 3007−1, it is

    **ORDERED** that the objection is **SUSTAINED** and the requested disposition allowed.

Dated September 6, 2017

William R. Sawyer
United States Bankruptcy Judge